_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
September 10, 2024
_____

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| In re: | Case No.: 24-12212-gs |
|---|---|
| CONNEMARA HOLDINGS, INC., | Chapter 11 |
| Debtor(s). | <u>Hearing Date</u><br>DATE: September 24, 2024<br>TIME:  1:30 p.m. |

### ORDER SETTING ORAL RULINGS ON MOTION FOR TURNOVER AND MOTION TO DISMISS

On the court's own motion,

IT IS HEREBY ORDERED that the undersigned will read his oral rulings on the debtor's Emergency Motion for Order Compelling Receiver to Turn Over Property Pursuant to 11 U.S.C. § 543(a) and (b) (ECF No. 8) (Motion for Turnover) and the Los Angeles District Attorney's Motion to Dismiss Pursuant to 11 U.S.C. § 1112(b), or in the Alternative, Motion to Abstain Pursuant to 28 U.S.C. § 1334(c)(1) and 11 U.S.C. § 305(a) (ECF No. 67) (Motion to Dismiss) into the record at a hearing to be held on **September 24, 2024 at 1:30 p.m.** by remote appearance via Zoom video conference.

IT IS FURTHER ORDERED that a Courtroom Deputy will email participants a link to the video conference at least one (1) day before the hearing with the necessary information to connect for remote participation. The parties shall be responsible for ensuring that all participants

1

have appropriate access to Zoom. To the extent that any participant does not have access to participate in the hearing through the Zoom video, participation may be telephonic.

* * * * *

Copies sent to all parties and/or their counsel via CM/ECF Electronic Notice.

Copy sent via BNC to:

JAMES SKORHEIM
25301 CABOT ROAD, SUITE 210
LAGUNA HILLS, CA 92653

# # #