_____
Honorable Gary Spraker
United States Bankruptcy Judge

Entered on Docket
September 27, 2024
_____

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| In re: | Case No.: 24-12212-gs |
|---|---|
| CONNEMARA HOLDINGS, INC., | Chapter 11 |
| Debtor(s). | <u>Oral Ruling</u><br>DATE: September 24, 2024<br>TIME:  1:30 p.m. |

## ORDER GRANTING MOTION TO DISMISS

On September 24, 2024, the court read into the record its oral ruling on the Los Angeles District Attorney's Motion to Dismiss Pursuant to 11 U.S.C. § 1112(b), or in the Alternative, Motion to Abstain Pursuant to 28 U.S.C. § 1334(c)(1) and 11 U.S.C. § 305(a) (ECF No. 67). Appearances were as noted on the record. For the reasons stated in the court's oral ruling, which is incorporated herein by this reference,

IT IS HEREBY ORDERED that the Los Angeles District Attorney's Motion to Dismiss Pursuant to 11 U.S.C. § 1112(b), or in the Alternative, Motion to Abstain Pursuant to 28 U.S.C. § 1334(c)(1) and 11 U.S.C. § 305(a) (ECF No. 67) is GRANTED. The above-captioned bankruptcy case is DISMISSED.

IT IS FURTHER ORDERED that all pending motions are DENIED and all scheduled hearings are VACATED.

\* \* \* \* \*

2

Copies sent to all parties and/or their counsel via CM/ECF Electronic Notice.

Copy sent via BNC to:

JAMES SKORHEIM
25301 CABOT ROAD, SUITE 210
LAGUNA HILLS, CA 92653

# # #